IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM


UNITED STATES OF AMERICA,    ) Criminal Case No. 22-00004
                                  )
               Plaintiff,  )
                                  )
        vs.             )
                                  )
TIMOTHY JEROME CONCEPCION,    )
                                  )
             Defendant.  )


TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JOHN C. COUGHENOUR,
SENIOR PRESIDING JUDGE
FEBRUARY 6, 2023; 9:38 A.M.
HAGATNA, GUAM




**Sentencing Hearing**

APPEARANCES


Appearing on behalf of plaintiff:


**OFFICE OF THE UNITED STATES ATTORNEY**
**BY: ROSETTA SAN NICOLAS, AUSA**
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
(671) 472-7332


Appearing on behalf of Defendant:

**LAW OFFICE OF LOUIE J. YANZA**
**BY: LOUIE J. YANZA, ESQ.**
MVP Building
862 South Marine Corps Drive
Suite 203
Tamuning, Guam 96913
(671) 477-7059


ALSO PRESENT:

Timothy Concepcion, Defendant

Carmen Santos, Clerk

Christopher Dangan, TFO

Dan May, ATF RAC Agent

I N D E X

                                                    Page

Motion to dismiss Count 2 of the indictment **granted**    7

Defendant sentenced to mandatory minimum
ten years on drug count and five years consecutive
on gun count                                        7

Veronica F. Flores, CSR-RPR
Official Court Reporter
veronica_flores@gud.uscourts.gov

```
 1              February 6, 2023; 9:38 a.m.; Hagatna, Guam

 2                              * * *

 3

 4              THE CLERK:  Good morning, this is Criminal Case

 5   No. 22-00004, *United States versus Timothy Jerome Concepcion;*

 6   Sentencing.

 7              Counsel, please state your appearances beginning

 8   with the government.

 9              MS. SAN NICOLAS:  *Buenas* and *hafa adai*, Your

10   Honor, Rosetta San Nicolas on behalf United States.  To my

11   left is Task Force Officer Christopher Dangan.  Also present,

12   Your Honor, is Dan May with the ATF, he is the RAC there.

13   Good morning.

14              THE COURT:  All right.

15              MR. YANZA:  Good morning, Louie Yanza for the

16   Defendant, Timothy Jerome Concepcion, who is seated to my

17   right.

18              THE COURT:  Has he had an opportunity to review

19   and comment on the presentence report?

20              MR. YANZA:  Yes, Your Honor.

21              THE COURT:  All right.  You wish to be heard?  Go

22   ahead.

23              MR. YANZA:  Approach, Your Honor?

24              (No response.)

25              MR. YANZA:  Your Honor, on behalf of the
```

Defendant, we're just asking for the mandatory minimum of ten

years plus consecutive term for the firearms and five years,

for 15 years, Your Honor.  I think it's more than enough to

impose a term of imprisonment for my client, Your Honor.  I

think that's very reasonable.  My client is still young.  This

is actually his first offense and he just got caught up with

drugs, Your Honor.  He's a very young individual and I think

15 years is more than enough.

          THE COURT:  All right.  Does he wish to speak?

          MR. YANZA:  Yes, Your Honor.

          THE COURT:  All right.

          THE DEFENDANT:  Morning.  I just want to take

this time to apologize and take responsibility for my actions.

I'd like to apologize to my family for putting them through

this and also thank them for they have been my strength and my

support.  It's been tough.  If there is one thing I can take

from this, it's that I regained control of myself.  For a very

long time, this drug had control of me.  Man...you know, it

hurts, you know.  I look forward to being a better person,

changing my life and...bettering myself.  I have a child on

the way and I just want to be a good father to my baby and

come back a changed man.  I'm young.  I made a mistake and I

look forward to bettering myself and turning my life around.

          THE COURT:  Okay.  Let me hear from the

Government.

1    MS. SAN NICOLAS:  Good morning, Your Honor.  Your

2   Honor, the Government requests that the Court impose ten years

3   consecutive to the five years for the 924(c)(1)(A) offense.

4   Your Honor, we believe that the sentence that we request is an

5   appropriate sentence, also reasonable.

6          Under the 3553 factors, we ask that the Court

7   note that under the nature and circumstances, this Defendant

8   was with a friend, was with a minor and he was heading to a

9   school, the Defendant possessed two firearms, one of the

10  firearms actually had a round chamber, so it is very serious

11  offense.  The amount of the drug in this case is 390.8 grams

12  of methamphetamine, and we note that prior to heading to

13  Oceanview with the two firearms, the Defendant was

14  distributing methamphetamine at a local hotel, the Dusit Thani

15  Resort.  The Defendant, Your Honor, engaged in a classic

16  combination of firearms and drug possession.

17          He is young.  He will be a father, as the

18  Defendant has stated.  We believe that a sentence of this term

19  will reflect the seriousness of the offense, promote respect

20  for the law and provide just punishment.  Your Honor, the

21  sentence will also deter others from engaging in this type of

22  activity, that is, the distribution of methamphetamine.  And

23  as the Court is aware, methamphetamine on this island is a

24  very serious problem that is affecting the entire community.

25  We ask that the Court also protect the public with this

sentence.  Again, that will protect not only the people at the

hotel, the law enforcement officer who pulled over a Defendant

who had two firearms and drugs.  The Defendant also posed a

danger to his passengers, and Your Honor, we just ask that a

term of 10 to 15 -- ten years consecutive to the five years

for final 15, be imposed in this case.  We also ask, Your

Honor, that -- at this time, that the Court order the

forfeiture of the $2,565 in U.S. currency seized from the

Defendant.  We move the Court to dismiss Count 2 of the

indictment.

            THE COURT:  Motion is granted.

            MS. SAN NICOLAS:  Thank you, Your Honor.  We also

ask, Your Honor, that a supervised release term of five years

be imposed, as well as a $200 special assessment.  Thank you.

            THE COURT:  And include the forfeiture in the

post judgment.  I find the total offense level is 35.

Criminal history category is one which gives a guideline range

of mandatory minimum of ten on the drug count and mandatory

consecutive five on the gun count.  And the Court imposes a

mandatory minimum of ten on the drug count and five years

consecutive on the gun count.  A period of supervised release

of five years on Count 1 and two years concurrent to Count 1

on Count 3.

            I'm waiving a fine due to Defendant's financial

condition.  He'll be required to pay the special assessment

1   for the counts of conviction.

2          Mr. Concepcion, you have a right to appeal this

3   sentence.  If you wish to file a Notice of Appeal, it must be

4   filed within 14 days of today.  If you wish the attorney -- an

5   attorney to assist you in filing a Notice of Appeal and cannot

6   afford one, one will be appointed to assist you if you so

7   request.  If you wish the assistance of the clerk in filing a

8   Notice of Appeal, she will assist you if you so request.  Do

9   you understand, sir?

10          THE DEFENDANT:  Yes.

11          THE COURT:  Anything further, Counsel?

12          MS. SAN NICOLAS:  Nothing further, Your Honor.

13   Thank you.

14          MR. YANZA:  None, Your Honor.

15          THE COURT:  All right.  We'll be in recess.

16          THE CLERK:  All rise.

17        (Proceedings concluded at 9:45 a.m.)

18                * * *

19

20

21

22

23

24

25

CERTIFICATE OF OFFICIAL REPORTER

CITY OF HAGATNA     )
                    )  ss.
TERRITORY OF GUAM   )


      I, Veronica F. Flores, Official Court Reporter for the District Court of Guam, do hereby certify the foregoing pages, 1 to 8, to be a true and correct transcript of the proceedings held in the above-entitled matter to the best of my ability.

      Dated this 5th day of September 2023.


                  /s/Veronica F. Flores
                  Veronica F. Flores